1  DIANA CLINE EBRON, ESQ.
   Nevada Bar No. 10580
2  E-Mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-Mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-Mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada  89139-5974
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorney for Defendant,*
   *SFR Investments Pool 1, LLC*

9

## UNITED STATES DISTRICT COURT

10

### DISTRICT OF NEVADA

11

12  DEUTSCHE BANK NATIONAL TRUST           Case No.:  2:17-cv-01504-RFB-CWH
    COMPANY, AS TRUSTEE FOR FIRST
13  FRANKLIN MORTGAGE LOAN TRUST
    2006-FF11, MORTGAGE PASS-THROUGH        **SFR INVESTMENTS POOL 1, LLC'S**
14  CERTIFICATES, SERIES 2006-FF11,         **DEMAND FOR SECURITY OF COSTS**
                                            **PURSUANT TO NRS 18.130(1)**
15                  Plaintiff,

16  vs.

17  SFR INVESTMENTS POOL 1, LLC, a
    Nevada limited-liability company;
18  LAMPLIGHT SQUARE @ CORONADO
    RANCH, LLC, a Nevada limited-liability
19  company; LAMPLIGHT SQUARE @
    CORONADO RANCH HOMEOWNERS'
20  ASSOCIATION, a Nevada non-profit
    corporation; and ALESSI & KOENIG, LLC, a
21  Nevada limited-liability company,

22                  Defendants.

23

24  <u>**SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS**</u>
    <u>**PURSUANT TO NRS 18.130(1)**</u>

25          Defendant SFR INVESTMENTS POOL 1, LLC ("SFR") hereby demands that Plaintiff

26  DEUTSCHE   BANK   NATIONAL   TRUST   COMPANY,   AS   TRUSTEE   FOR   FIRST

27  FRANKLIN  MORTGAGE  LOAN  TRUST  2006-FF11,  MORTGAGE  PASS-THROUGH

28  CERTIFICATES,  SERIES  2006-FF11  ("DEUTSCHE  BANK"  or  "Bank"),  an  out-of-state

- 1 -

resident, post a cost bond pursuant to NRS 18.130(1).

In Nevada, if a plaintiff resides outside of Nevada or is a foreign corporation, like the Bank, "security for the costs and charges which may be awarded against such plaintiff may be required by defendant, by the filing and service on plaintiff of a written demand therefor within the time limited for answering the complaint." NRS 18.130(1). When a defendant demands a cost bond, "all proceedings in the action shall be stayed" until plaintiff files "an undertaking, executed by two or more persons, to be filed with the clerk, to the effect that they will pay such costs and charges as may be awarded against the plaintiff by judgment, or in the progress of the action" or "in lieu of such undertaking, the plaintiff may deposit $500, lawful money, with the clerk of the court." *Id.* "After the lapse of 30 days from the service of notice that security is required, or of an order for new or additional security, upon proof thereof, and that no undertaking as required has been filed, the court or judge may order the action to be dismissed." NRS 18.130(4).

"It is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS 18.130 in diversity actions." *Feagins v. Trump Organization*, 2012 WL 925027 (D. Nev.)(*citing Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305-6 (D. Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F.Supp. 1148, 1149 (D. Nev. 1986)).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

Here DEUTSCHE BANK is not a Nevada citizen, but rather a national banking association organized under the laws of the United States, with its principal office located in California. Accordingly, SFR demands that the Bank post a $500 cost bond within thirty (30) days and that the proceedings be stayed until such cost bond is posted. Should the Bank fail to comply with the requirements of NRS 18.130 within thirty (30) days, SFR requests this action be dismissed.

DATED this   8th   day of August, 2017.

KIM GILBERT EBRON

By:  /s/ Diana Cline Ebron
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant,*
*SFR Investments Pool 1, LLC*

IT IS SO ORDERED.

DATED:  August 10, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on the __8th__ day of August, 2017, pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **SFR INVESTMENTS POOL 1, LLC'S DEMAND FOR SECURITY OF COSTS PURSUANT TO NRS 18.130(1)** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system upon the following parties at the e-mail addresses listed below:

Jeffrey L. Willis, Esq.
Alexandria LaVonne Layton, Esq.
Snell & Wilmer LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169-0965
E-Mail: jwillis@swlaw.com
          alayton@swlaw.com
*Attorney for Plaintiff,*
*Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust*
*2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11*

Edward D. Boyack, Esq.
Boyack Orme & Anthony
7432 West Sahara Avenue, Suite 101
Las Vegas, Nevada 89117-2769
E-Mail: ted@boyacklaw.com
*Attorney for Defendant,*
*Lamplight Square @ Coronado Ranch Homeowners' Association*

 */s/ Michael L. Sturm*
MICHAEL L. STURM, an employee of
KIM GILBERT EBRON

- 4 -