1 Jeffrey Willis, Esq.
Nevada Bar No. 4797
2 Tanya N. Lewis, Esq.
Nevada Bar No. 8855
3 SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy.
4 Suite 1100
5 Telephone: 702-784-5200
Facsimile: 702-784-5252
6 Email: jwillis@swlaw.com
7         tlewis@swlaw.com

8 *Attorneys for Plaintiff Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan*
9 *Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2006-FF11, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF11,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited-liability company; LAMPLIGHT SQUARE @ CORONADO RANCH, LLC, a Nevada limited-liability company, LAMPLIGHT SQUARE @ CORONADO RANCH HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; and ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:17-cv-01504-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND MOTION DEADLINE PER MARCH 23, 2018 ORDER [DOC. NO. 38]**<br><br>**FIRST REQUEST** |

**STIPULATION AND ORDER TO EXTEND MOTION DEADLINE PER MARCH 23, 2018 ORDER [DOC. NO. 38]**

- 1 -

Pursuant to Fed. R. Civ. P. 26(f), and Local Rules 6-1, 26-1 and 26-4, Plaintiff Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11 ("Deutsche Bank"); Defendant SFR Investment Pool 1, LLC ("SFR"), and Lamplight Square at Coronado Ranch Homeowners Association ("HOA") (collectively, the "Stipulating Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order to extend the briefing schedule as set forth in this Court's March 23, 2018 Order ["Order", Doc. No. 38]. This is the Stipulating Parties' first request for extension of this briefing schedule. Under the Order, Deutsche Bank's response brief is due on September 13, 2018[1]. The parties stipulate that Deutsche Bank's responses to the renewed motions to dismiss filed by SFR and HOA on August 23, 2018 and August 27, 2018, respectively [Doc. Nos. 41 and 42] will be due on September 28, 2018. All reply briefs will be due on October 26, 2018.

The motion deadline set forth in the Order is not the dispositive motion deadline for the action. At the time this case was stayed on March 26, 2018 [Doc. No. 38], the parties were conducting discovery pursuant to a September 20, 2017 discovery plan and scheduling order [Doc. No. 30], with approximately 2.5 months remaining in discovery, and 3.5 months remaining until the dispositive motion deadline of July 5, 2018.

This request to extend the briefing schedule is made in good faith, and is not for purpose of delay or prejudice to any party, but to allow all parties sufficient time to prepare their responses and reply briefs to the Motion.

//
//
//
//
//

---

[1] Under the Order, the Court denied SFR's motion to dismiss without prejudice and stated that the moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified motion to dismiss or a notice renewing the prior motion. The Court indicated that the opposing party shall have 21 days to respond, and the moving party shall have 14 days to reply. (Order, 1:24-28.)

- 2 -

The requested extensions will not result in undue delay or prejudice to any party, as the stay has not been lifted and the parties have not submitted an amended discovery plan or scheduling order since the stay was imposed on March 23, 2018. A revised dispositive motion deadline will be included in the discovery plan to be filed after the stay is lifted.

Dated this 30th day of August, 2018

SNELL & WILMER L.L.P.

*/s/ Tanya N. Lewis*
Jeffrey Willis, Esq. (Nevada Bar No. 4797)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Plaintiff Deutsche Bank National Trust Company as Trustee for First Franklin Mortgage Loan Trust 2006-FF11, Mortgage Pass-Through Certificates, Series 2006-FF11*

Dated this 30th day of August, 2018

KIM GILBERT EBRON

*/s/ Diana Ebron*
Diana S. Ebron, Esq. (NV Bar 10580)
7625 Dean Martin Dr. #110
Las Vegas, NV 89139
(*signature affixed with permission*)
*Attorneys for Defendant SFR Investments Pool 1, LLC*

Dated this 30th day of August, 2018

BOYACK ORME & ANTHONY

*/s/ Colli C. McKiever*
Colli C. McKiever, Esq.(NV Bar No. 13724)
7432 W. Sahara Ave., #101
Las Vegal, NV 89117
(*signature affixed with permission*)
*Attorneys for Defendant Lamplight Square @ Coronado Ranch Homeowners' Associaion*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 31, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: August 30, 2018

*/s/ Susan Ballif*
An Employee of SNELL & WILMER L.L.P.

4812-2740-3377